UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES PETTUS,<br><br>       Plaintiff,<br><br> -against-<br><br>JACQUELINE FRANCIS, ET AL.,<br><br>       Defendants. | 25 CIVIL 3974 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 06, 2025, order, this action is dismissed without prejudice, due to Plaintiff's failure to comply with the court's February 4, 2005 judgment in Pettus, No. 05-CV-1439. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: June 09, 2025
    New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                Chief United States District Judge